REDACTED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>LARSON D. WUEST<br><br>*Defendant(s)* | Case No.<br><br>1:19MJ-63 |

FILED 19 MAY 30 PM 1:51  U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **2/14/2019 - 2/15/2019** in the county of **Allen** in the **Northern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | knowingly receiving or distributing, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce, and knowingly reproducing any visual depiction of minors engaging in sexually explicit conduct for distribution in interstate or foreign commerce by any means, including by computer or the mail. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

FBI TFO Christopher McCarty
*Printed name and title*

Sworn to before me and signed in my presence.

S/Susan Collins
U.S. Magistrate Judge
*Judge's signature*

Date: 05/30/2019

City and state: Fort Wayne, Indiana

Susan Collins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Task Force Officer Christopher McCarty having been first duly sworn, do hereby depose and state as follows:

I have been employed as a Task Force Office of the FBI, and am currently assigned to the Fort Wayne Resident Agency. I have been employed as a Police Officer for 24 years. While employed as a Police Officer, I have investigated criminal violations related to high technology or cyber crime, child exploitation, and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in the area of Human Trafficking, Underage Prostitution and Child Exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251 and 2252A, and I am authorized by the Attorney General to request a search warrant.

The statements in this Affidavit are either known personally, or have been told to me directly by law enforcement officers, witnesses and other sources.

Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for Larson D. Wuest (WUEST), your Affiant has not included each and every fact known concerning this investigation. Your Affiant has set forth only the facts that are necessary to establish probable cause.

**Introduction**

This investigation concerns alleged violations of 18 U.S.C. § 2252, relating to material involving the sexual exploitation of minors.

> Title 18 United States Code, Section 2252(a)(2) prohibits knowingly receiving or distributing, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce. That section also prohibits knowingly reproducing any visual depiction of minors engaging in sexually explicit conduct for distribution in interstate or foreign commerce by any means, including by computer or the mail.

**Investigation**

On February 14, 2019, FBI Online Covert Employee 7497 (OCE) was conducting an undercover online investigation on Omegle. Omegle is a free online chat website that allows users to socialize with others without the need to register. Omegle randomly pairs users in one-on-one chat sessions where they chat anonymously using the names "You" and "Stranger". Omegle includes an option to include "interest tags" which allow the user to be paired

with someone with the same interest. The OCE entered "Kentucky" and "Indiana" as interest tags.

The OCE randomly connected with users having the same interests tags. The OCE would then enter and send a message saying, "dad here looking for other dads into the more taboo things in life kik me." The OCE then provided the Kik username the OCE was using. The OCE would then leave the Omegle chat room.[1]

On February 14, 2019, at 2:44 p.m. a Kik user with the display name "STEVEN SCOTT" and username [REDACTED USERNAME] messaged the OCE on Kik and said:

"Yo, just saw you on Omegle. Taboo dad?"

The OCE then began chatting with [REDACTED USERNAME]. [REDACTED USERNAME] said that he lived in Northern Indiana and was as 30 year old father of an infant son.

The OCE told [REDACTED USERNAME] that he was a 33 year old male and the father of a 12 year old female. When [REDACTED

---

[1] Kik is a mobile messaging application which allows user to communicate via the internet with text messages, pictures and video.

3

USERNAME] learned of the OCE's purported 12 year old daughter, he stated:

[REDACTED]

[REDACTED USERNAME] said that he likes girls between the ages of 10 – 14 years old, but could go younger. [REDACTED USERNAME] then began asking what kinds of sexual activity that the OCE had engaged in with his "daughter." [REDACTED USERNAME] also asked the OCE for pictures. The OCE sent a picture of a law enforcement officer (LEO) decoy.[2] [REDACTED USERNAME] also asked the OCE for nude pictures of his "daughter." [REDACTED USERNAME] then told the OCE that he could send images of "CP" (child pornography) to prove he is not a law enforcement officer. [REDACTED USERNAME] then sent the following photographs that depict a nude minor female. [REDACTED USERNAME] told the OCE that he received these photographs a few days prior from a girl he knew. The photographs received from [REDACTED USERNAME] are described below:

- [REDACTED DESCRIPTION]
- [REDACTED DESCRIPTION]
- [REDACTED DESCRIPTION]

---

[2] This refers to a very young looking law enforcement officer posing as a minor.

These photographs were screen captures from an Instagram account belonging to an individual that has been identified as a 12 year old female. The Instagram username of the 12 year old female was located at the top of the pictures. [REDACTED USERNAME] then asked when the OCE would have his "daughter" next. The OCE and said Fridays works better for him. [REDACTED USERNAME] told the OCE that he planned on kissing and engaging in oral and vaginal sex with OCE's 12 year old "daughter". The chats between the OCE and [REDACTED USERNAME] span the period of February 14, 2019 at 2:44 p.m. through February 15, 2019 at 5:47 p.m.

In an attempt to identify Instagram username seen at the top of the pictures sent to the OCE, the OCE searched for that username on Instagram and located a user by that same name who indicated that she was in the 6th grade. The profile picture for this Instagram account is the same picture at the top of the Instagram screenshots sent to the OCE by [REDACTED USERNAME].

On March 5, 2019, an administrative subpoena was sent to Kik requesting subscriber information for the screen name "Steven Scott" and username [REDACTED USERNAME]. The response received from Kik identified the most recent and consistent IP address for the last 30 days as

belonging to Frontier Communications. The Kik subscriber data revealed the following:

> **Date**: March 5, 2019
> **First Name**: Steven
> **Last Name**: Scott
> **Email**: [REDACTED] (unconfirmed)
> **Username**: [REDACTED USERNAME]
> **Registration Device**: Android[3]
> **IP Address**: 184.18.128.93 (Frontier)

On March 5, 2019, an administrative subpoena was sent to Frontier Communications for subscriber information on IP address 184.18.128.93. On March 6, 2019, Frontier Communications responded to the administrative subpoena for the IP address 184.18.128.93 with the following information:

> **IP Address**: 184.18.128.93
> **Session Start**: 2018/10/18
> **Session End**: Still Active
> **Email Address**: [REDACTED]
> **Customer Name**: R.W.
> **Account Address**: XXXX Edenton Drive, Fort Wayne, IN

An Accurint address search of the revealed the following individuals as owners of XXXX Edenton Drive, Fort Wayne, Indiana:

- R.W., DOB XX/XX/1993, SSN XXX-XX-4311
- Larson Daniel Wuest, DOB XX/XX/1991, SSN XXX-XX-7421, Verizon wireless # XXX-XXX-XXXX.

---

[3] Android is a mobile operating system developed by Google. It is based on a modified version of the Linux kernel and other open source software, and is designed primarily for touchscreen mobile devices such as smartphones and tablets.

6

A Facebook search for WUEST'S name revealed a profile picture of a white male. The profile said that WUEST is employed at Crazy Pinz. Crazy Pinz is a bowling alley located on the north side of Fort Wayne, Indiana and is heavily frequented by teens. The Facebook profile also indicates that WUEST attends or attended Purdue University – Ft. Wayne. A picture uploaded on or about June 14, 2016 is tagged with the names "Larson Wuest" and "R.W.".

A Facebook page for R.W. was also found. On her Facebook page, R.W. has several pictures of herself and WUEST. On June 20, 2018, an individual that appears to be a family member of R.W. posted a photograph on her Facebook page captioned:

"My lil baby nephew AXXX".

Another individual made the following comment to the post:

"Did Larson Have a baby?!"

The family member responded:

"Yup".

On May 14, 2019, your Affiant confirmed that WUEST currently has Fort Wayne City Utilities service registered to R.W. Based on the same last name and Facebook posts indicating that R.W. and Larson Wuest share a

7

child, your affiant believes that R.W. and the Larson Wuest are married.

On May 14, 2019, Fort Wayne Police Department (FWPD) Detective, Matthew Harmeyer (Det. Harmeyer) made contact with the WUEST and R.W. at XXXX Edenton Drive. WUEST and R.W. told Det. Harmeyer they lived at XXXX Edenton Drive with their 1 ½ year old child.

On May 15, 2019, Your Affiant confirmed through the Indiana Department of Motor Vehicles that a 2005 white Chrysler Town and Country minivan bearing Indiana license plate 269LFX is also registered to WUEST at XXXX Edenton Drive.

On May 21, 2019, law enforcement attempted to interview WUEST at Crazy Pinz located at 1414 Northland Boulevard in Fort Wayne, Indiana. After being advised of the identity of the interviewing law enforcement officer and the nature of the interview, WUEST was advised of his Miranda Rights. WUEST advised that he understood his rights and agreed to speak with law enforcement. WUEST said that he created the account [REDACTED USERNAME] during a "bad mental breakdown" a few months ago. WUEST also said that he had been in contact with the OCE via Kik approximately 2 months ago. WUEST said that he was talking to the OCE about setting up a meeting with the OCE and his young girlfriend or daughter that WUEST believed to be 15 or 16 years old. During the course of

the conversation with the OCE, WUEST admitted that he sent the OCE nude images of a minor female WUEST said that he had met on Instagram. WUEST said that the nude images were obtained from the same Instagram username that appeared on the photographs sent by WUEST to the OCE.

WUEST said that he believed that Instagram user to be a 13 or 14 year old female that he met on "Instagram." WUEST said that he knew her age because he believed she told him. WUEST also believed his conversations with this minor female lasted approximately two days. WUEST requested that the minor female he met on Instagram send him nude photographs, specifically of her breasts, which she did. The minor female sent WUEST approximately two to four photographs which included one video. The video was of the minor female, nude and repeating a phrase that WUEST had requested that she say. WUEST could not remember what the phrase was. WUEST also said that he sent the minor female three to four photographs of himself which included 1 video of himself masturbating.

WUEST went on to say that he got interested in child pornography when he was 18 years old. WUEST "stumbled" onto child pornography while searching "tor". "Tor" refers to the Tor network. WUEST said that he got away from child pornography but recently got back into it.

9

WUEST said that he began watching adult pornography and that this evolved into child pornography. WUEST said that he would use search terms such as "Jailbait", or "15, 16, 17" year old juveniles.

WUEST believed there may be images and or videos of teens on his laptop that was taken for forensic examination but not his phone.

## Conclusion

Based upon the above information, your Affiant has probable cause to believe that LARSON WUEST committed violations of Title 18 United States Code, Section 2252(a)(2).

The foregoing facts are true to the best of your Affiant's knowledge and belief.

Further your Affiant sayeth naught.

_____
Christopher McCarty
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this 30th day of May, 2019.

S/Susan Collins
U.S. Magistrate Judge

_____
Susan Collins
Magistrate Judge
United States District Court