REDACTED FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | Cause No. 1:19-CR-52 |
| v. | ) | Violations: 18 U.S.C. § 2251(a) and (e) |
| | ) | 18 U.S.C. §2252(a)(2) |
| LARSON WUEST | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1

In or around February 2019, in the Northern District of Indiana,

**LARSON WUEST,**

defendant herein, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, attempted to and did employ and use and persuade and induce and entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct;

All in violation of 18 U.S.C. § 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

From on or about February 14, 2019 through and including on or about February 21, 2019, in the Northern District of Indiana,

**LARSON WUEST,**

defendant herein, did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct;

All in violation of 18 U.S.C. § 2252(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in the two count Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Upon conviction for violating either count of the two count count Indictment, pursuant to 18 U.S.C. § 2253, LARSON WUEST, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, or received in violation thereof; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation.

A TRUE BILL

/s/ Foreperson
Foreperson

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: /s/ Lesley J. Miller Lowery
Lesley J. Miller Lowery
Assistant United States Attorney
E. Ross Adair Federal Building
 & United States Courthouse
1300 South Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: lesley.millerlowery@usdoj.gov