## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **180 MONTHS.**

The Court makes the following recommendations to the Bureau of Prisons:

1. That the Defendant serve his term of imprisonment at a federal facility to address his mental health issues and to allow him access to mental health services.

2. That the Defendant participate in any sexual addictive treatment available.

3. That the Defendant participate in residential re-entry programs specific to his needs, as available under the First Step Act.

4. That the Defendant be assessed for participation in the Evidence Based Recidivisim Reduction Program (pursuant to the First Step Act) as well as any recidivism programs developed or to be developed under 34 U.S.C. § 605.

The Defendant shall surrender to the Federal Bureau of Prisons as notified by the United States Marshal's Service.

## RETURN

I have executed this Judgment as follows:

    Defendant delivered _____ to _____ at _____,
with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By: _____
     DEPUTY UNITED STATES MARSHAL